# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 05−52587−lmc
Chapter No.: 7
Judge: Leif M. Clark

IN RE: **La Rosita Tex−Mex Cuisine, Inc.** ,
Debtor(s)

## NOTICE OF FILING PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO THE CREDITOR:

You are hereby notified that the debtor named above, or the Trustee appointed to this case, has filed a Proof of Claim on your behalf against the estate herein pursuant to 11 U.S.C. Section 501(c) and or/Federal Rule of Bankruptcy Procedure 3004 . The Court has assigned it Claim No. 2 which may be different from the Trustee claim number.

You, the creditor, may nevertheless file a proof of claim pursuant to Federal Rule of Bankruptcy Procedure 3002 or 3003(c), which proof of claim when filed, shall supersede the proof filed by the debtor or trustee.

Dated: 9/21/07

George D. Prentice II
Clerk, U. S. Bankruptcy Court

BY: Daniel Paez

**[Proof of Claim Notice]** [Ntcpocdb]