

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 3 1 2009
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

In re: §
§
**LA ROSITA TEX-MEX CUISINE, INC.** § CASE NO. 05-52587 C
Debtor §
§ CHAPTER SEVEN

## DEPOSIT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

------- The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

------- More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor (s) listed on Exhibit "A" hereto remain unclaimed.

---x--- The dividends payable to the creditors listed on Exhibit "A" hereto have been returned because they were undeliverable as addressed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check in the total amount shown on said Exhibit 'A' for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: March 30, 2009

Respectfully submitted

PULMAN, CAPPUCCIO, PULLEN & BENSON, LLP
2161 NW Military Highway, Suite 400
San Antonio, TX 78213
(210) 222-9494
(210) 892-1610 (fax)

_____
Helen G. Schwartz
Chapter 7 Trustee
State Bar No. 17862600

# EXHIBIT "A"

PLEASE CHECK ONE:

\_\_\_\_\_ Small Dividends

__x__ Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Bank of America<br>101 E. Main Street, Suite 400<br>Louisville, KY 40232 | 2 | $2,707.59 |
| Chase Bankcard Services<br>P.O. Box 30755<br>Tampa, FL 36630 | 4 | $ 315.53 |
| Chase Bankcard Services<br>P.O. Box 30755<br>Tampa, FL 36630 | 5 | $2,325.63 |
| Chase Bankcard Services<br>P.O. Box 30755<br>Tampa, FL 36630 | 6 | $1,335.98 |
| Chase Bankcard Services<br>P.O. Box 30755<br>Tampa, FL 36630 | 7 | $ 187.65 |
| | **TOTAL:** | **$6,872.38** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Deposit of Small/Unclaimed Dividends was served by first class mail or by electronic means through the Pacer system, to the party listed below on this 30th day of March, 2009.

_____
Helen G. Schwartz, Trustee

**U. S. Trustee**
P. O. Box 1539
San Antonio, TX 78295-1539